41 So.2d 926

**Charlie WALKER v. STATE.**

**6 Div. 753.**

Court of Appeals of Alabama.

April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

42 So.2d 848

**Cliff WALKER v. STATE.**

**4 Div. 103.**

Court of Appeals of Alabama.

Nov. 15, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

38 So.2d 207

**Hirl Lee WALKER, alias Tomezak v. STATE.**

**6 Div. 624.**

Court of Appeals of Alabama.

Dec. 7, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

39 So.2d 63

**Nephelian WAMSLEY v. STATE.**

**8 Div. 728.**

Court of Appeals of Alabama.

Jan. 25, 1949.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

39 So.2d 927

**John R. WARD (John R. Ward Shows) v. Albert E. KINNUNEN.**

**8 Div. 738.**

Court of Appeals of Alabama.

Feb. 22, 1949.

Wm. F. Baker, of Florence, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.

39 So.2d 63

**Ardis WEAVER v. CITY OF HUNTSVILLE.**

**8 Div. 668.**

Court of Appeals of Alabama.

Jan. 20, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.